UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PREMERA BLUE CROSS, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL.<br><br>Defendants. | Civil Action No. 23-11254-MJJ |

## **JUDGMENT**

November 20, 2023

JOUN, D.J.

In accordance with the Court's Memorandum of Decision entered and dated November 20, 2023, it is hereby **ORDERED** that this action is dismissed.

/s/ Myong J. Joun
United States District Judge